SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL   scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson<br><br>    Plaintiff,<br><br>   vs.<br><br>Juan Pablo Chavez,<br><br>    Defendant | Case No. **2:11-cv-01861-JAM-GGH**<br><br>~~PROPOSED~~ **ORDER RE: REQUEST FOR DISMISSAL** |

IT IS HEREBY ORDERED THAT this action is hereby dismissed With Prejudice pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Date: October 14, 2011.

　　　　　　　　　　　　　　　   /s/ John A. Mendez
　　　　　　　　　　　　　　　Judge of the United States
　　　　　　　　　　　　　　　District Court

- 1